ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Deloitte Consulting LLP, Deloitte & Touche LLP, and Deloitte Financial Advisory Services LLP | ) ASBCA Nos. 63097, 63432 |
| | ) |
| Under Contract No. FA2550-17-C- 8006 N00039-15-C-0037 | ) |

APPEARANCES FOR THE APPELLANT:    Lindsay M. Paulin, Esq.
Justin P. Accomando, Esq.
Edward B. Ferguson, Esq.
Katherine Rubanka, Esq.
  Gibson, Dunn & Crutcher LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Samuel W. Morris, Esq.
  DCMA Chief Trial Attorney
Evan Georgopoulos, Esq.
Lisa M. Scorsolini, Esq.
  Trial Attorneys
  Defense Contract Management Agency
  Hanscom Air Force Base, MA

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: January 7, 2025

_____
MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63097, 63432, Appeals of Deloitte Consulting LLP, Deloitte & Touche LLP, and Deloitte Financial Advisory Services LLP, rendered in conformance with the Board's Charter.

Dated:  January 7, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals